1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| PHILLIP WALKER, an individual<br><br>　　　　　Plaintiff,<br>　　v.<br><br>3119 IH INC., a California Corporation; and DOES 1 to 10<br><br>　　　　　Defendants. | CASE NO.: 2:21-cv-02600-GW-E<br><br>[Assigned to Hon. George H. Wu]<br><br>**[PROPOSED] ORDER ON SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Having considered the parties' second stipulation on Defendant's time to file an answer or otherwise respond to Plaintiff's Complaint in the above-captioned action, IT IS ORDERED that the second stipulation is GRANTED and ENTERED. Defendant's time to file an answer or otherwise respond to the Complaint shall be extended up to and including June 23, 2021.

Dated: _____          _____
                                  HON. GEORGE H. WU
                                  UNITED STATES DISTRICT JUDGE