JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP WALKER, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>3119 IH INC., a California Corporation; and Does 1-10,<br><br>　　　　　Defendants. | Case No.: CV 21-2600-GW-Ex<br><br>*Hon. George H. Wu*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: March 25, 2021<br>Trial Date:　Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Phillip Walker's action against Defendant 3119 IH INC. is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: July 22, 2021

_____
HON. GEORGE H. WU,
United States District Judge